# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUL 29 PM 3: 08

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

JORDAN TYLER KILGORE and      *
SHIRLEY M. KILGORE,      *
     *
     Plaintiffs,      *
     *
     v.      *   Case No.: 3:15-cv-00005-DHB-BKE
     *
     *
JUAN J. GUERRA, JR.,      *
PROGRESSIVE TRANSPORTATION,      *
LLC, and GREAT WEST CASUALTY      *
INSURANCE COMPANY,      *
     *
     Defendants.      *

## ORDER

Presently before the Court is the parties' Joint Stipulation of Dismissal with Prejudice
as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 15.) The
Court hereby **DISMISSES WITH PREJUDICE** all claims in this matter. The Clerk **SHALL
TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its
own costs and attorney's fees.

**SO ORDERED**, this 29th day of ___July___, 2015.

_____
UNITED STATES DISTRICT JUDGE